CHARLES L. REESE, JR., Appellant, *v.* TEXAS COMPANY, Respondent.

Submitted May 15, 1944; decided May 25, 1944.

Motion by appellant for reargument denied, with ten dollars costs and necessary printing disbursements. (See 292 N. Y. 583.)